THE STATE OF IOWA, Appellee, v. SAMUEL DAY, Appellant.

Nuisance: JUDGMENT: AFFIRMANCE.

*Appeal from Polk District Court.*—HON. C. P. HOLMES, Judge.

TUESDAY, FEBRUARY 9, 1892.

THE defendant was indicted, tried and convicted of the crime of keeping a saloon nuisance, and appeals.—*Affirmed.*

KINNE, J.—This appeal is presented upon a transcript of the information and record entry of a trial by jury, and judgment. The transcript does not contain the evidence, or the instructions of the court to the jury. We have examined the record and discover no error therein. The judgment of the district court is AFFIRMED.